# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SALAS CABALLERO,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>　　　　　　　　　Respondents. | Case No.: 25-cv-2927-BJC-KSC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On or about October 21, 2025, Petitioner Josue Salas Caballero, a Mexican national who last entered the United States in 1993, was detained by Respondents, and remains detained at the Otay Mesa Detention Center. ECF No. 1 ¶¶ 9, 25, 30, 31. Following his detention, Petitioner requested a custody redetermination hearing, but the request was dismissed by the Immigration Court in light of the decision in *Matter of Yajure Hurtado*. *Id.* ¶ 32.

On October 29, 2025, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on December 7, 2025. ECF No. 5. Petitioner filed a traverse on December 22, 2025. ECF No. 6. Respondents filed Supplemental Briefing on December 23, 2025 in

1  which they note that Petitioner is a member of the Bond Eligible Class certified in
2  *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at
3  *1 (C.D. Cal. Dec. 18, 2025), and the court entered final judgment as to the Bond Eligible
4  Class on December 18, 2025. *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-
5  BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that
6  Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court
7  directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 7 at 2.

8      Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.
9  Respondents shall hold a bond hearing **no later than January 22, 2026**, and cannot deny
10 bond at the hearing based on § 1225.  Respondents are enjoined from transferring Petitioner
11 before a bond hearing takes place.

12     **IT IS SO ORDERED**.
13 Dated:  January 7, 2026

*[signature]*

Honorable Benjamin J. Cheeks
United States District Judge